UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

   - against -

ERIC HAAS,

               Defendant.
-----------------------------------------------------------X

**ORDER**
10-CR-00762 (RRM)

ROSLYNN R. MAUSKOPF, United States District Judge.

      On May 15, 2012, defendant Eric Haas was sentenced to two concurrent terms of five years followed by ten years of supervised release for the possession and distribution of child pornography. (Doc. No. 46.) On June 4, 2012, judgment was entered. (Doc. No. 48.) The Court allowed defendant to remain at liberty and ordered that defendant surrender himself by August 1, 2012 directly to the facility designed the Bureau of Prisons in order to begin serving his sentence. (*Id*.)

      In an electronic order dated July 19, 2012, this Court granted defendant's r request to extend his date of surrender to September 17, 2012. (*See* Doc. No. 51 and Docket Entry of 7/19/2012.) On September 6, 2012, defendant Haas requested a second extension of his surrender date until November 19, 2012 to assist with child care issues while his mother-in-law undergoes a medical procedure. (Doc. No. 53.)

      Defendant's application to extend his surrender date is GRANTED IN PART. Defendant shall surrender to the facility designated by the Bureau of Prisons before 2:00 p.m. on October 15, 2012.[1] No further extensions will be granted absent extraordinary circumstances.

---

[1] The Court is advised by the United States Marshals Service that defendant has been designated to FCI ELKTON 8730 Scroggs Road, Elkton, 44432 Phone: 330-420-6200; Fax: 330-420-6436.

Defendant's child care issues are well-known to the Court from information provided for sentencing. This extension will accord defendant and his family more than ample time to make all necessary care arrangements, including those that may temporarily be required due to the limited unavailability of defendant's mother in law.

Counsel for defendant is directed to notify defendant of the new surrender date, and shall file a letter with the Court indicating that he has so done. The Clerk of Court shall send a copy of this Order to the United States Marshals Service.

SO ORDERED.

Dated: Brooklyn, New York
September 14, 2012

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge